## 13995.   ARNOLD *v.* THE STATE.

BLOODWORTH, J.   1.   " Exceptions to portions of the charge relating solely
to the law of murder become immaterial where the verdict is not for
murder, but for voluntary manslaughter." *Land* v. *State*, 11 *Ga. App.*
761 (2) (76 S. E. 78); *Thompson* v. *State*, 24 *Ga. App.* 144 (2) (99
S. E. 891). The foregoing ruling disposes of the 1st special ground
(No. 4) of the motion for a new trial.
2. There was some evidence to authorize the charge on mutual combat,
and the excerpts from the charge relating to mutual combat, of which
complaint is made in the motion for a new trial. are not erroneous.
3. The verdict has the approval of the judge who tried the case, and is
not without evidence to support it, and, as no error of law was com-
mitted, this court cannot interfere.

Judgment affirmed. *Broyles, C. J., and Luke, J., concur.*
. DECIDED DECEMBER 12, 1922.

Conviction of manslaughter; from Oglethorpe superior court —
Judge W. L. Hodges.  September 23, 1922.

*Hamilton McWhorter Jr., Tutt & Brown,* for plaintiff in error.
*A. S. Skelton, solicitor-general, W. M. Howard,* contra.